```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CIVIL DOCKET ENTRIES FOR CASE A05-0229--CV (JKS)
                       "USA V WOODBINE ALASKA FISH CO"

            Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 09/19/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (890) Other Statutory Actions
                   ACTION FOR COLLECTION OF CIVIL PENALTY
            Origin: (1) Original Proceeding
            Demand: 16
        Filing fee: Waived
          Trial by:


Parties of Record:                       Counsel of Record:

PLF 1.1          UNITED STATES OF AMERICA    Richard L. Pomeroy
                                             U.S. Attorney's Office
                                             222 W. 7th Avenue, #9
                                             Anchorage, AK 99513-7567
                                             907-271-5071

DEF 1.1          WOODBINE ALASKA FISH CO     No counsel found for this party!
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A05-0229--CV (JKS)
              "USA V WOODBINE ALASKA FISH CO"

                    For all filing dates
```

Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 09/19/05
          Closed: NO

    Jurisdiction: (2) U.S. Defendant
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (890) Other Statutory Actions
                  ACTION FOR COLLECTION OF CIVIL PENALTY
          Origin: (1) Original Proceeding
          Demand: 16
      Filing fee: Waived
        Trial by:

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/19/05 | Complaint filed w/exh; Summons issued. |
| 2 - 1 | 10/07/05 | PLF 1 Return of Service Executed re: DEF 1 on 9/21/05. |
| 3 - 1 | 10/19/05 | JKS Minute Order re plf to require an answer w/in 20 days. cc: cnsl |
| 4 - 1 | 10/21/05 | PLF 1 Application for entry of default re: DEF 1 w/att aff. |
| 5 - 1 | 10/24/05 | Clerk's Notice entering default as to DEF 1. cc: cnsl, P. Kelly reg agent Woodbine Alaska Fish Co |