TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
907-271-5071

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 28 PM 1: 55

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A05-229 CV (JKS) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MOTION FOR DEFAULT JUDGMENT |
| ) | |
| WOODBINE ALASKA FISH COMPANY, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, plaintiff, the United States of America, moves this Court for Default Judgment as prayed for in the Complaint. This motion is based on the record and file in the case and on the attached affidavits.

RESPECTFULLY SUBMITTED on this December 28, 2005, at Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

*Richard L Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the attached <u>Motion for Default Judgment and proposed Default Judgment</u> was mailed this 28th day of December, 2005, to the following:

Paul Kelly, Registered Agent
Woodbine Alaska Fish Company
2263 Spenard Road
Anchorage, AK 99503

Virginia Ferrari, Director
Woodbine Alaska Fish Company
P.O. Box 757
Rio Vista, CA 94571

Guy Ferrari
Chairman of the Board
Woodbine Alaska Fish Company
P.O. Box 218
Egegik, AK 99579

Office of the U.S. Attorney

TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
907-271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. A05-229 CV (JKS) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |
| WOODBINE ALASKA FISH COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| STATE OF ALASKA | ) | |
| | )ss. | |
| THIRD JUDICIAL DISTRICT | ) | |

RICHARD L. POMEROY, being duly sworn under oath, deposes and states as follows:

1. That I am an Assistant U.S. Attorney for the District of Alaska, duly authorized to act as an attorney for the plaintiff herein.

2. That from the file and records and other information in this case, I am informed and believe that the defendant, Woodbine Alaska Fish Company is a corporation in Egegik, Alaska, incorporated in the State of Alaska with a current annual report;

that the defendant has been duly served with a Summons and Complaint in the above-entitled action; that defendant has failed to appear, answer, plead or otherwise defend in said action within the time allowed by law; that default has been duly entered; that there have been no payments on the indebtedness as set forth in the Complaint except as so stated below.

3. That there is due by the defendant to the plaintiff on the debt set forth in the Complaint the sum of $15,750.00 in principal plus $2,015.13 in interest, and $9,240.48 in administrative fees and costs accrued through December 28, 2005, plus interest which continues to accrue therefrom on the unpaid principal at the rate of 5% per annum to date of judgment.

4. That the United States is entitled to post-judgment interest at the rate provided by Title 28 U.S.C. § 1961, until fully paid.

5. That the United States is entitled to the service costs

of this action.

    FURTHER AFFIANT SAYETH NAUGHT.

*/s/ Richard L. Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney

SUBSCRIBED AND SWORN TO before me this 28th day of December, 2005, at Anchorage, Alaska.

*/s/ Brenda C. Birmingham*
NOTARY PUBLIC
State of Alaska
My commission expires: 5/16/08

[Notary Seal: BRENDA C. BIRMINGHAM, NOTARY PUBLIC, STATE OF ALASKA]