LODGED
DEC 2 8 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. A05-229 CV (JKS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFAULT JUDGMENT |
| | ) | |
| WOODBINE ALASKA FISH COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Default has been entered against the defendant Woodbine
Alaska Fish Company on the 24th day of October, 2005, in
accordance with Rule 55 of the Federal Rules of Civil Procedure.
Counsel for plaintiff has requested judgment against the
defaulted defendant and has filed a proper affidavit as to the
amount due from the defendant to the plaintiff.

It is therefore ORDERED AND DECREED that:

1.    Judgment is hereby awarded in favor of plaintiff,
United States of American and against defendant Woodbine Alaska
Fish Company.

2.    Judgment includes the following amounts:

Principal:                                        $15,750.00

Pre-judgment interest (5% per annum)

accrued from through December 28, 2005:                    $2,015.13

Pre-judgment interest which continues to
accrue thereafter at the rate of $2.16 per day
after December 28, 2005 to entry of judgment
(  62  days):                                              $   133.92
Administrative Costs:                                      $ 9,240.00

TOTAL JUDGMENT (Total of Items Above):                     $27,139.05

    3.    Post-judgment interest shall accrue on the total

judgment amount at the rate of  4.72 %, as provided by 28 U.S.C.

§ 1961, from date of entry of judgment until the debt is paid in

full or otherwise satisfied.

    DATED this __28 TH__ day of _February_____, 20_06_, at

Anchorage, Alaska.


**REDACTED SIGNATURE**

_____

**Ida Romack**
**Clerk of Court**


cc:     U.S. Attorney (Pomeroy/FLU)
        Paul Kelly, Registered Agent
        Virginia Ferrari, Director, Woodbine Alaska Fish Comp.
        Guy Ferrari, Chairman of the Board, Woodbine Alaska Fish Comp.